# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE L. HOGUE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-10-1270-M ) |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

On February 7, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's application for insurance benefits and supplemental security income benefits. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by February 24, 2012. A review of the file reveals no objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on February 7, 2012, and

(2) AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 28th day of February, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE